IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| SHERRY SCHAFNITZ, | CV 18–143–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SERGEY F. BEREZENKO; SERGEY S. BEREZENKO; BRITE LOGISTICS, INC., and JOHN DOES 1 through 10, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. The preliminary pretrial conference set for February 21, 2019, and all associated deadlines are VACATED.

DATED this 18th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court